UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWARD AARON LOWERY, JR. | CIVIL ACTION |
| VERSUS | NO. 12-0830 |
| BURL CAIN, WARDEN | SECTION "N"(5) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on June 7, 2013 (Rec. Doc. No. 14), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Edward Aaron Lowery for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 13th day of June, 2013.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE